UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RODOLFO PACHECO,

                Plaintiff,

      -against-

UNITED STATES OF AMERICA; GEORGE, UNIVERSAL SECURITY; MARIA, C.B.S.; MARIA, PROGUARD PROTECTION, INC.; JIMMY, MY GUARD SECURITY,

                Defendants.

20-CV-8550 (LLS)

CIVIL JUDGMENT

---

    Pursuant to the order issued October 27, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 27, 2020
           New York, New York

                                                  LOUIS L. STANTON
                                                      U.S.D.J.